UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERNESTO M. CONTRERAS,<br><br>Petitioner,<br><br>v.<br><br>MARTIN GAMBOA, Warden,<br><br>Respondent. | Case No. 20-6206-BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: __December 29, 2021__

BETH LABSON FREEMAN
United States District Judge

Case No. 20-6206 BLF (PR)
JUDGMENT